BANK OF EMANUEL *v.* LAMB.

EVANS, P. J. The evidence authorized the verdict. The charge was sufficiently comprehensive of the issues, and there was no error in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*
JUNE 14, 1916.

Complaint. Before Judge Rawlings. Emanuel superior court. December 26, 1915.

*Saffold & Jordan,* for plaintiff.

---

WHITE *v.* STRICKLAND.

EVANS, P. J. A bill of exceptions must be positively certified as true. Where the certificate is that "the foregoing bill of exceptions is approximately true," it will be dismissed.

*Writ of error dismissed. All the Justices concur.*
JUNE 14, 1916.

Motion; from Bulloch superior court. Motion to dismiss.

*Anderson & Jones,* for plaintiff in error.

*Hunter & Jones,* contra.